NUMBER 13-04-414-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________________________________

IN THE MATTER OF J.P., A CHILD
____________________________________________________________________

On appeal from the County Court at Law No. 5
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, J. P., a child, perfected an appeal from a judgment entered by the 
County Court at Law No. 5 of Nueces County, Texas, in cause number 01-JUV-174-5. On
April 7, 2005, this cause was abated, and the trial court was directed to conduct a hearing
to determine the status of this appeal. The trial court’s findings and recommendations
were received on May 11, 2005. The trial court found that there are no reasonable
grounds to continue this appeal.
          The Court, having considered the documents on file and the trial court’s findings and
recommendations, is of the opinion that the appeal should be dismissed. The appeal is
hereby DISMISSED.
                                                                           PER CURIAM

Memorandum Opinion delivered and filed this
the 9th day of June, 2005.